<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

————————————————

**No. 03-2275**

————————————————

AVA MAUREEN SAWYER,

Plaintiff - Appellant,

versus

CIRCUIT COURT OF FAIRFAX COUNTY, VIRGINIA;
ARTHUR B. VIEREGG, JR., Honorable; DAVID T.
STITT, The Honorable; CIRCUIT COURT OF
FREDERICK COUNTY, VIRGINIA; ARTHUR SINCLAIR,
The Honorable; CIRCUIT COURT OF WARREN COUNTY;
DENNIS HUPP, The Honorable; THE SUPREME COURT
OF VIRGINIA; JUSTICES OF THE SUPREME COURT OF
VIRGINIA; CLARENCE G. WILLIAMS, JR., Sheriff;
ROBERT T. WILLIAMSON, Sheriff; ESTATE OF
PRESTON CONNER; DEAN S. WORCESTER,

Defendants - Appellees.

————————————————

**No. 03-2313**

————————————————

AVA MAUREEN SAWYER,

Plaintiff - Appellant,

versus

CIRCUIT COURT OF FAIRFAX COUNTY, VIRGINIA;
ARTHUR B. VIEREGG, JR., Honorable; DAVID T.
STITT, The Honorable; CIRCUIT COURT OF
FREDERICK COUNTY, VIRGINIA; ARTHUR SINCLAIR,
The Honorable; CIRCUIT COURT OF WARREN COUNTY;
DENNIS HUPP, The Honorable; THE SUPREME COURT
OF VIRGINIA; JUSTICES OF THE SUPREME COURT OF

VIRGINIA; CLARENCE G. WILLIAMS, JR., Sheriff;
ROBERT T. WILLIAMSON, Sheriff; ESTATE OF
PRESTON CONNER; DEAN S. WORCESTER,

                                    Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-03-258-A)

_____

Submitted: February 12, 2004          Decided: February 20, 2004

_____

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ava Maureen Sawyer, Appellant Pro Se. James Christian Stuchell,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Robert A. Dybing, THOMPSON & MCMULLAN, Richmond, Virginia; Lawrence
R. Ambrogi, COUNTY ATTORNEY, Winchester, Virginia; John David
Griffin, FOWLER, GRIFFIN, COYNE & COYNE, P.C., Winchester,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Ava Maureen Sawyer appeals the magistrate judge's order granting Defendants' Fed. R. Civ. P. 11 motion for sanctions (No. 03-2275) and the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint (No. 03-2313). In No. 03-2275, we have reviewed the record and conclude that the magistrate judge did not abuse his discretion in awarding Rule 11 sanctions against Sawyer. See Sawyer v. Circuit Court of Fairfax County, No. CA-03-258-A (E.D. Va. July 11, 2003; July 31, 2003). In No. 03-2313, we have reviewed the record and find no error in the district court's order. Accordingly, we affirm for the reasons stated by the district court. See Sawyer v. Circuit Court of Fairfax County, No. CA-03-258-A (E.D. Va. June 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED